# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ARTHUR RAMOS DAMIAN,**

    *Petitioner,*

v.                                      **Case No.: 4:20cv388-MW/MAF**

**WILLIAM P. BARR, et al.,**

    *Respondents*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** with prejudice as moot." The Clerk shall close the file.

**SO ORDERED on December 21, 2020.**

                                             *s/Mark E. Walker*
                                             **Chief United States District Judge**

---

[1] The report and recommendation that was mailed to Petitioner at the Wakulla County Jail was returned as undeliverable. ECF No. 16. Ordinarily, the Clerk would try to mail again, but it appears the Petitioner has been released from the Wakulla County Jail, hence his petition is now moot.